No. 72–6181.  PLANTE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 72–6192.  STEVISON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 72–6195.  NELSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6207.  CARBALLEA-CUSIDOR ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–6210.  HUFF v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 72–6297.  MCGANN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–6311.  NUTTER v. REAGAN, GOVERNOR OF CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 72–6318.  LANDES v. PAGEANT-POSEIDON, LTD. C. A. 2d Cir.  Certiorari denied.

No. 72–6320.  TURNER v. KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 72–6331.  SMITH v. MISSOURI.  C. A. 8th Cir. Certiorari denied.

No. 72–6333.  PORTELLI v. LAVALLEE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 72–6337.  CAMPBELL v. VIRGINIA.  Sup. Ct. Va. Certiorari denied.

No. 72–6339.  HOWARD v. GEORGIA.  Sup. Ct. Ga. Certiorari denied.

No. 72–6340.  RUDMAN v. STONE, CORRECTIONAL SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.